IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILFREDO R., | § | |
|     PETITIONER, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:25-CV-1702-D |
| | § | |
| KRISTI NOEM, ET AL., | § | |
|     RESPONDENTS. | § | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is ordered and adjudged that the habeas corpus petition under 28 U.S.C. § 2241 is dismissed without prejudice as moot.

Done at Dallas, Texas December 8, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE